UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AHURA ENERGY, INC., <br><br> Plaintiff, <br> v. <br><br> APPLIED MATERIALS, INC.; JOSEPH J. SWEENY; PHILLIP G. ALDEN; and MIKE SPLINTER, <br><br> Defendants. | Case No.: 12-CV-4865-LHK <br><br> ORDER DIRECTING PLAINTIFF TO OBTAIN COUNSEL |

On September 17, 2012, Plaintiff Ahura Energy, Inc. ("the Plaintiff") filed a complaint against Defendants Applied Materials, Inc., Joseph J. Sweeny; Phillip G. Alden, and Mike Splinter. Dkt. No. 1. The Plaintiff is not represented by counsel. *See* Dkt. No. 1, Att. 1 (Civil Cover Sheet). Instead, the complaint was filed by "non attorney, Fareed Sephery-Fard." *Id.* The Plaintiff is a corporation and is therefore required to be represented by counsel. *See* Civ. L.R. 3-9(b) ("A corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court."). Only natural persons can petition courts themselves and appear pro se. *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202-03 (1993). Accordingly, the Court ORDERS the Plaintiff to obtain counsel by November 7, 2012. By November 7, 2012, Plaintiff's counsel must file a Notice of Appearance. If Plaintiff's counsel

1

Case No.: 12-CV-4865-LHK
ORDER DIRECTING PLAINTIFF TO OBTAIN COUNSEL

does not file a Notice of Appearance by November 7, 2012, the Court will issue an Order to Show Cause why this action should not be dismissed with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 10, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge