UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AHURA ENERGY, INC. ) | Case No.: 12-CV-4865-LHK |
| ) | |
| Plaintiff, ) | ORDER DISMISSING CASE |
| ) | |
| v. ) | |
| ) | |
| APPLIED MATERIALS, INC.; JOSEPH J. ) | |
| SWEENEY; MIKE SPLINTER; PHILIP G. ) | |
| ALDEN; and DOES 1-100 ) | |
| ) | |
| Defendants. ) | |

Plaintiff Ahura Energy, Inc. has filed a notice stating that Plaintiff wishes to voluntarily dismiss this action. Plaintiff's request is GRANTED. The Court hereby dismisses this action without prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 20, 2013

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-4865-LHK
ORDER DISMISSING CASE